IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1290C

(Filed: August 11, 2006)

ENID W. WEBER,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

The court acknowledges the parties' Amended Joint Preliminary Status Report, filed on August 10, 2006. In accord with Rule 16(b) of the Rules of the Court of Federal Claims and Appendix A, ¶¶ 4-5 of those Rules, the court adopts the following schedule for further proceedings in this case:

| Activity | Deadline |
| --- | --- |
| Exchange of Initial Disclosures | September 11, 2006 |
| Close of Fact Discovery | February 7, 2007 |
| Disclosure of Expert Witnesses | March 9, 2007 |
| Joint Status Report | April 9, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge