IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENID WEBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1290C |
| | ) | |
| THE UNITED STATES, | ) | (Judge Lettow) |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF NEW TELEPHONE NUMBER

To the Clerk:

Please take notice that counsel for the United States has a new telephone number: (202) 353-7991.

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 353-7991
Facsimile: (202) 514-8624

October 29, 2006

CERTIFICATE OF FILING

I hereby certify that on this 29th day of October 2006, a copy of the foregoing “DEFENDANT’S NOTICE OF NEW TELEPHONE NUMBER” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease