IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENID WEBER, Plaintiff, v. THE UNITED STATES, Defendant. | ) | No. 05-1290C (Judge Lettow) |

DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME

Pursuant to RCFC 6(b), defendant requests an enlargement of time of 45 days in this case, to and including March 23, 2007, within which to respond to plaintiff's first set of interrogatories to defendant and plaintiff's first set of requests to produce documents to defendant; and a corresponding enlargement of time of 44 days in this case, to an including March 23, 2007, within which to complete fact discovery. Pursuant to the Court's order on August 11, 2006, fact discovery in this case is currently scheduled to end on February 7, 2007. Plaintiff's counsel has indicated that he does not oppose this motion for an enlargement of time.

Plaintiff and defendant each served discovery requests during the first week of January, and defendant deposed Ms. Weber on January 24, 2007. However, due to other obligations of agency personnel, including an unrelated arbitration, prior to mid-February, the agency will not be able to collect necessary documents and formulate its recommended responses to plaintiff's

discovery requests. In addition, on or about February 10, 2007, defendant's counsel's wife is due to give birth to their second child. As a result of the uncertainties involved with childbirth and the late stages of pregnancy, and because he has scheduled four weeks of paternity leave to commence at the time of the birth, defendant's counsel anticipates that he will not be able to complete defendant's response prior to March 23, 2007. This enlargement of time should provide adequate time for the agency to collect necessary documents and prepare its recommended responses, and for defendant's counsel to review and complete defendant's responses upon his return to the office.

For the foregoing reasons, we respectfully request that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Jeffrey S. Pease
JEFFREY S. PEASE
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, NW
Washington, D.C. 20530
Tel: (202) 353-7991
Fax: (202) 514-8624

February 1, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 1st day of February 2007, a copy of the foregoing “DEFENDANT’S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court’s electronic filing system. Parties may access this filing through the Court’s system.

s/ Jeffrey S. Pease