IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1290C

(Filed: February 6, 2007)

ENID W. WEBER,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

Pending before the court is the government's Unopposed Motion for an Enlargement of Time, filed February 1, 2007. The government requests an enlargement of forty-five days, to March 23, 2007, to respond to plaintiff's first set of interrogatories and first set of requests to produce documents, and an enlargement of forty-four days, to March 23, 2007, to complete fact discovery.

For good cause shown, the government's motion is GRANTED. Accordingly, the court's Scheduling Order of August 11, 2006, is amended as follows:

| Activity | Deadline |
|---|---|
| The government's responses to plaintiff's first set of interrogatories and plaintiff's first set of requests to produce documents | March 23, 2007 |
| Close of Fact Discovery | March 23, 2007 |
| Disclosure of Expert Witnesses | April 23, 2007 |
| Joint Status Report | May 24, 2007 |

It is so ORDERED.

s/ Charles F. Lettow
Judge