IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| ENID WEBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1290 C |
| | ) | (Judge Lettow) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

JOINT STATUS REPORT

Pursuant to the scheduling order in the above-captioned case plaintiff and defendant respectfully submit the following joint status report:

a. Discovery

The parties anticipate that discovery will be completed by June 8, 2007. No motions to compel are anticipated.

b. Dispositive Motions

Defendant may move for summary judgment pursuant to RCFC 56. The parties propose that dispositive motions be filed by September 7, 2007.

c. Settlement

The parties have engaged in some very preliminary settlement discussions and will alert the Court if those discussions are fruitful and/or if mediation would be appropriate.

d. Trial

If dispositive motions are not completely dispositive of this action, the parties anticipate proceeding to trial. The parties request that trial be in early 2008. The trial

would take place in Washington, D.C. Plaintiff will be unavailable for trial during the second and third weeks of April 2008.

e. Additional Information

There is no additional information of which the Court should be aware at this time.

Respectfully submitted,

s/ Michael P. Deeds
MICHAEL P. DEEDS
DCB# 466815
Kestell & Associates
1012–14th Street, NW, Ste 630
Washington, DC 20005
Tel: (202) 347-4481
Fax: (202) 347-4482
mikedeeds@juno.com

Attorney for Plaintiff

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director

s/ Maame A.F. Ewusi-Mensah
MAAME A.F. EWUSI-MENSAH
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tel: (202) 353-0503
Fax: (202) 514-8624

Attorneys for Defendant

May 24, 2007

CERTIFICATE OF FILING

I hereby certify that on this 24th day of May, 2007, a copy of the foregoing "JOINT STATUS REPORT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Maame A.F. Ewusi-Mensah