IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1290C

(Filed: August 3, 2007)

| | |
|---|---|
| ENID W. WEBER, | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

SCHEDULING ORDER

A status conference shall be held on August 16, 2007, commencing at 2:00 p.m., at the National Courts Building, 717 Madison Place, N.W., Washington D.C. The courtroom in which the conference will be held shall be posted in the lobby of the building.

It is so ORDERED.

s/ Charles F. Lettow
Judge