IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 05-1290C

(Filed: August 16, 2007)

ENID W. WEBER,

Plaintiff,

v.

UNITED STATES,

Defendant.

SCHEDULING ORDER

In light of the representations made by counsel during the status conference held on August 16, 2007, the court adopts the following schedule for further proceedings in this case:

| Activity | Deadline |
|---|---|
| Pre-trial Conference | April 28, 2008, commencing at 10:00 a.m. at the National Courts Building in Washington, D.C. |
| Trial | May 5-7, 2008, commencing at 9:30 a.m. at the National Courts Building in Washington, D.C. |

It is so ORDERED.

s/ Charles F. Lettow
Judge